```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

        Plaintiff,                              ORDER

        v.                                      15-MJ-586

MELVIN FRAZIER,

        Defendant.
_____
```

Following the initial appearance of the above named defendant, the government moved to detain him pursuant to 18 U.S.C. § 3142(e). When court convened, it was revealed that the New York State Courts had effectively detained the defendant in connection with state parole violation charges. The defendant having been informed of his right to a bail-detention hearing pursuant to 18 U.S.C. § 3142 either at this time or upon defendant's imminent release in connection with the state charges, see United States v. Coonan, 826 F.2d 1180, 1183-85 (2d Cir. 1987); United States v. King, 818 F.2d 112, 115 n.3 (1st Cir. 1987), and the defendant having elected to defer his right to a hearing until such time as the state authorities release him, because success at any bail hearing in this federal proceeding would appear to be academic until he obtains release from the state authorities,

IT IS HEREBY ORDERED that the United States Marshal for the Western District of New York is authorized and directed to take

custody of the defendant and confine him at an approved place where the defendant shall be received and safely kept until discharged in due course of law, or until his presence is required at court proceedings on June 30, 2015, at 10:00 a.m.

SO ORDERED.

/s/ Jonathan W. Feldman
JONATHAN W. FELDMAN
UNITED STATES MAGISTRATE JUDGE

Dated:   Rochester, New York
         May 18, 2015