# IN THE DISTRICT COURT OF THE UNITED STATES
## For the Western District of New York

THE UNITED STATES OF AMERICA

-vs-

MELVIN FRAZIER a/k/a Roc

April 2015 Grand Jury
(Impaneled April 13, 2015)

INDICTMENT

Violations:  **15 CR 6102 G**

18 U.S.C. §§ 922(g)(1) and 922(j);
21 U.S.C. §§ 841(a)(1) and 846

(6 Counts)

*FILED JUL 14 2015 — MICHAEL J. ROEMER, CLERK, WESTERN DISTRICT OF NY*

## COUNT 1

(Possession of Stolen Firearms)

**The Grand Jury Charges That:**

Between on or about October 16, 2013, and in or about July 2014, the exact dates being unknown to the Grand Jury, in the Western District of New York, and elsewhere, the defendant, **MELVIN FRAZIER a/k/a Roc,** did knowingly receive and possess stolen firearms, which had been shipped and transported in interstate and foreign commerce, knowing and having reasonable cause to believe that the firearms were stolen.

**All in violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).**

## COUNT 2

### (Felon in Possession of Firearms)

### The Grand Jury Further Charges That:

Between on or about October 16, 2013, and in or about July 2014, the exact dates being unknown to the Grand Jury, in the Western District of New York, and elsewhere, the defendant, **MELVIN FRAZIER a/k/a Roc**, having been convicted on or about February 24, 1994, and on or about September 18, 2006, in Supreme Court, Bronx County, New York, of crimes punishable by imprisonment for a term exceeding one year, unlawfully did knowingly possess, in and affecting commerce, firearms.

**All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).**

## COUNT 3

### (Narcotics Conspiracy)

### The Grand Jury Further Charges That:

Between in or about September 2013, and in or about July 2014, the exact dates being unknown to the Grand Jury, in the Western District of New York, and elsewhere, the defendant, **MELVIN FRAZIER a/k/a Roc,** did knowingly, willfully and unlawfully combine, conspire and agree with others, known and unknown to the Grand Jury, to commit the following offenses, that is, to possess with intent to distribute, and to distribute, 100 grams or more of a mixture and substance containing heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

**All in violation of Title 21, United States Code, Section 846.**

2

## COUNT 4

### (Possession of Heroin With Intent to Distribute)

### The Grand Jury Further Charges That:

On or about November 7, 2014, in the Western District of New York, the defendant, **MELVIN FRAZIER a/k/a Roc**, did knowingly, intentionally and unlawfully possess with intent to distribute, and distribute, a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

**All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).**

## COUNT 5

### (Possession of Heroin With Intent to Distribute)

### The Grand Jury Further Charges That:

On or about December 2, 2014, in the Western District of New York, the defendant, **MELVIN FRAZIER a/k/a Roc**, did knowingly, intentionally and unlawfully possess with intent to distribute, and distribute, a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

**All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).**

## COUNT 6

### (Possession of Heroin With Intent to Distribute)

### The Grand Jury Further Charges That:

On or about December 12, 2014, in the Western District of New York, the defendant, **MELVIN FRAZIER a/k/a Roc**, did knowingly, intentionally and unlawfully possess with

intent to distribute, and distribute, a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

**All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).**

DATED: Rochester, New York, July 14, 2015.

                              WILLIAM J. HOCHUL, JR.
                              United States Attorney
                              Western District of New York

BY:   s/Melissa M. Marangola
        MELISSA M. MARANGOLA
        Assistant U.S. Attorney
        United States Attorney's Office
        100 State Street, Suite 500
        Rochester, New York 14614
        (585) 399-3925
        Melissa.marangola@usdoj.gov

A TRUE BILL·

s/Foreperson
FOREPERSON