**IN THE DISTRICT COURT OF THE UNITED STATES
WESTERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA,**

-vs-

**MELVIN FRAZIER,**

              Defendant.

**NOTICE OF APPEAL**

6:15CR-06102-001

Notice is hereby given that Melvin Frazier, defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from all parts of the above-entitled case, and the conviction and sentencing of Mr. Frazier on July 10, 2018.

Dated: July 10, 2018

Bryan S. Oathout, Esq.
Attorney for Defendant
30 West Broad Street, Suite 400
Rochester, New York 14614
Tel: (585) 317-2211
Fax: (585) 232-6919

IN THE DISTRICT COURT OF THE UNITED STATES
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

        -vs-                                          6:15CR06102-001

MELVIN FRAZIER,

                         Defendant.

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2018 I personally served the foregoing Notice of Appeal by hand delivering a copy to:

        Melissa Marangola, Esq.
        Assistant United States Attorney
        100 State Street, Room 500
        Rochester, New York 14614

Dated: July 10, 2018

                                                    Bryan S. Oathout, Esq.
                                                    Attorney for Defendant
                                                    30 West Broad Street, Suite 400
                                                    Rochester, New York 14614
                                                    Tel: (585) 317-2211
                                                    Fax: (585) 232-6919