## CRIMINAL APPEAL TRANSCRIPT INFORMATION - FORM B

**TO BE COMPLETED BY ATTORNEY:**

CASE NAME: USA v. Melvin Frazier _____ v.

_____

DOCKET NUMBER: 15-CR-06102

COUNSEL'S NAME: Bryan S. Oathout

COUNSEL'S ADDRESS: 30 West Broad St., Suite 400

Rochester, NY 14614

COUNSEL'S PHONE: 585-317-2211

### QUESTIONNAIRE

[✔] I am ordering a transcript.

[ ] I am not ordering a transcript. Reason: [ ] Daily copy available  [ ] U.S. Atty. placed order
[ ] Other (attach explanation)

### TRANSCRIPT ORDER

Prepare transcript of

[✔] Pre-trial proceedings: 2/24/16; 2/9/17; 12/20/17; 3/28/18; 4/24/18;
(Description & Dates)

[ ] Trial: _____
(Description & Dates)

[✔] Sentencing: 7/10/18 (sentence)
(Description & Dates)

[ ] Post-trial proceedings: _____
(Description & Dates)

I, Bryan S. Oathout , hereby certify that I will make satisfactory arrangements with
(counsel's name)

the court reporter for payment of the costs of the transcript in accordance with FRAP 10(b).

Method of payment: [ ] Funds  [✔] CJA Form 24

_____     7/16/18
Counsel's Signature           Date

**TO BE COMPLETED BY COURT REPORTER AND FORWARDED TO COURT OF APPEALS:**

### ACKNOWLEDGMENT

Date order received: _____     Estimated Number of Pages: _____

Estimated completion date: _____

_____     _____
Court Reporter's Signature      Date

**After filling out the "To Be Completed by Attorney" section, counsel should submit the original to the U.S. District Court and copies to the Court of Appeals, U.S. Attorney's Office, and Court Reporter.**