**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA,**

-vs-

**MELVIN FRAZIER,**

                          **Defendant.**

CTA Docket #

**INDEX TO RECORD ON APPEAL**

6:15CR-06102-001

| | | District Court Docket Number |
|---|---|---|
| 1. | Complaint as to Melvin Frazier | 1 |
| 2. | Indictment as to Melvin Frazier | 13 |
| 3. | Plea Hearing as to Melvin Frazier 2/24/16 (transcript) | 31 |
| 4. | Status Conference as to Melvin Frazier 2/9/17 (transcript) | 41 |
| 5. | Status conference as to Melvin Frazier 12/20/17 (transcript) | 62 |
| 6. | Objections to PSR by Melvin Frazier | 64 |
| 7. | Revised PSR 2/7/18 | 66 |
| 8. | Sentencing Hearing 4/24/18 (transcript) | 70 |
| 9. | Findings of Fact by Court | 71 |
| 10. | Revised PSR 5/4/18 | 72 |
| 11. | Objections to PSR by Melvin Frazier | 76 |
| 12. | Revised PSR 6/4/18 | 77 |
| 13. | Plea Agreement as to Melvin Frazier | 78 |
| 14. | Sentencing as to Melvin Frazier 7/10/18 (transcript) | 80 |
| 15. | Notice of Appeal | 79 |
| 16. | Judgment as to Melvin Frazier | 81 |

To date I have not received any of the transcripts necessary for Mr. Frazier's appeal. It is our intention to file a Supplemental Index to include other transcripts as deemed necessary upon the writing of the appeal.

Dated: July 24, 2018
Rochester, New York

Respectfully submitted,

_____
BRYAN S. OATHOUT, ESQ.
Attorney for Defendant
30 West Broad Street, Suite 400
Rochester, New York 14614
Tel: (585) 317-2211
Fax: (585) 325-4696